```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    **v.**                                   Case No. 05-cr-138-01-PB

<u>Jamison Mims</u>

**O R D E R**

The defendant has moved to continue the October 4, 2005 trial in the above case, citing the need for additional time complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time complete discovery and properly prepare for trial, the court will continue the trial from October 4, 2005 to February 7, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 27, 2005 final pretrial conference is continued until January 30, 2006 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 21, 2005

cc: Bjorn Lange, Esq.
    Alfred Rubega, AUSA
    United States Probation
    United States Marshal