UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Criminal No. 05-cr-138-01-PB

<u>Jamison Mims</u>

      The defendant has moved to continue the February 7, 2006 trial in the above case. Defendant cites the need for additional time to complete efforts to negotiate a non-trial disposition or otherwise prepare for a trial or other disposition of this case. The government does not object to a continuance of the trial date.

      Accordingly, in order to allow the parties additional time to negotiate a non-trial disposition, or properly prepare for trial, or other disposition, the court will continue the trial from February 7, 2006 to April 4, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The final pretrial conference is continued until March 23, 2006 at 4:45 P.M.

SO ORDERED.


January 30, 2006                              /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge


cc:    Alfred Rubega, Esq.
       Bjorn Lange, Esq.
       U. S. Probation
       U. S. Marshal